UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Master File No. 00-6796-CIV**

In Re CITRIX SYSTEMS, INC.
SECURITIES LITIGATION

Magistrate Judge Johnson

_____ /

Case No. 00-6796-CIV-DIMITROULEAS
Case No. 00-6812-CIV-DIMITROULEAS
Case No. 00-6813-CIV-DIMITROULEAS
Case No. 00-6814-CIV-DIMITROULEAS
Case No. 00-6817-CIV-DIMITROULEAS
Case No. 00-6821-CIV-DIMITROULEAS
Case No. 00-6823-CIV-DIMITROULEAS
Case No. 00-6827-CIV-DIMITROULEAS
Case No. 00-6828-CIV-DIMITROULEAS
Case No. 00-6830-CIV-DIMITROULEAS
Case No. 00-6831-CIV-DIMITROULEAS
Case No. 00-6835-CIV-DIMITROULEAS
Case No. 00-6837-CIV-DIMITROULEAS
Case No. 00-6838-CIV-DIMITROULEAS
Case No. 00-6839-CIV-DIMITROULEAS
Case No. 00-6850-CIV-DIMITROULEAS
Case No. 00-6851-CIV-DIMITROULEAS
Case No. 00-6853-CIV-DIMITROULEAS
Case No. 00-6856-CIV-DIMITROULEAS
Case No. 00-6862-CIV-DIMITROULEAS
Case No. 00-6866-CIV-DIMITROULEAS
Case No. 00-6867-CIV-DIMITROULEAS
Case No. 00-6881-CIV-DIMITROULEAS
Case No. 00-6888-CIV-DIMITROULEAS
Case No. 00-6898-CIV-DIMITROULEAS
Case No. 00-6959-CIV-JORDAN
Case No. 00-6963-CIV-DIMITROULEAS
Case No. 00-6987-CIV-DIMITROULEAS
Case No. 00-6988-CIV-DIMITROULEAS
Case No. 00-6989-CIV-DIMITROULEAS

## ORDER CONSOLIDATING THE ACTIONS

THIS CAUSE is before the Court upon the Parties' Joint Motion to Transfer and

Consolidate Related Actions and to Extend and Set Various Pre-Trial Deadlines [DE 10 in Case

No. 00-6796], filed in most of the cases listed above. The Court has carefully considered the



motion and is otherwise fully advised in the premises.

The Court notes that no opposition has been filed to the joint motion to transfer and consolidate. Moreover, the Court finds good cause to consolidate these cases as they arise out of similar facts (the only minor difference between the listed cases is a variation by one or two days in the beginning of the defined proposed class period for the shareholders of the Defendant corporation).[1]

Accordingly, it is **ORDERED AND ADJUDGED** the Parties' Joint Motion to Transfer and Consolidate Related Actions and to Extend and Set Various Pre-Trial Deadlines [DE 10 in Case No. 00-6796] is **GRANTED in part** as follows:

### Consolidation

1. The above-captioned actions (the "Actions") and any other actions filed as related to any of these actions are hereby consolidated into one action (hereinafter, the "Consolidated Action") for all purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. This Order (the "Order") shall apply as specified to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Action.

### Master Docket and Master File

2. A Master File is hereby established for this proceeding. The Master File shall be 00-6796-CIV-DIMITROULEAS. From this point on, the Clerk shall file all pleadings in the Master File and note such filings on the Master Docket. An original of this Order shall be filed by the Clerk in the Master File, with copies placed in each of the other 29 cases

---

[1] All the listed cases have already been transferred to the undersigned, except for 00-6959-JORDAN. The transfer order for this case will be entered shortly.

2

styled above.

### Caption of the Case

3. Every pleading filed in the Consolidated Action shall have the following caption:

In Re CITRIX SYSTEMS, INC.      Case No. 00-6796-CIV-DIMITROULEAS
SECURITIES LITIGATION                Magistrate Judge Johnson

_____/

### Newly-filed or Transferred Actions

4. This Court requests the assistance of both plaintiffs' counsel and defendants' counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action. When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, upon notice to the Clerk of this Court, the Clerk's Office shall:

   a. File a copy of this Order in the separate file for such action;

   b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

   c. Make the appropriate entry in the Master Docket for the Consolidated Action.

5. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or objects to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an

3

    application for relief, and if this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

6. The Clerk shall docket this Order in all cases listed above;

7. The Clerk shall administratively close all cases listed above EXCEPT the master file Case No. 00-6796-CIV-DIMITROULEAS. All pending motions in all 29 listed cases (except the Consolidated Action) are hereby **DENIED AS MOOT**, given the rulings entered herein;

8. Plaintiffs in the Consolidated Action shall file motion(s) for appointment of Lead Plaintiff(s) and Lead Counsel on or before August 14, 2000. Any counsel seeking Lead Counsel status shall certify in his/her motion that they have complied with Local rule 7.1.A.3 in contacted all counsel in the case to determine their position on the motion;

9. Plaintiff(s) shall file an amended and consolidated class action complaint in the Consolidated Action not later than forty-five (45) days after entry of an order appointing Lead Plaintiff(s) and Lead Counsel;

10. Defendants need not answer, move, or otherwise respond to the Complaint in the Consolidated Action or any previously or subsequently filed Related Action(s) until the appointment of Lead Plaintiff(s) and Lead Counsel, and the filing and service of the Consolidated Amended Complaint;

11. Defendants shall answer, move or otherwise respond to the Consolidated Amended Complaint not later than forty-five (45) days after the Consolidated Amended Complaint is filed and served;

12. All of the pre-trial procedures and obligations set forth under Local Rule 16.1, including

the joint scheduling report, shall be stayed until twenty (20) days after the filing of an answer to the Consolidated Amended Complaint in the Consolidated Action by the last answering defendant, pursuant to the PSRLA stay provisions;

13. If any defendant files a motion to dismiss the Consolidated Amended Complaint, Plaintiff(s)' response to such motion shall be filed and served forty-five (45) days after such motion is served;

14. Any reply memorandum in support of such motion shall be filed and served within thirty (30) days of the service of the response to the motion to dismiss;

15. A motion for class certification shall be filed no later than thirty (30) days after entry of an order on a motion to dismiss, or the filing of an answer to the Consolidated Amended Complaint by the last answering defendant, whichever occurs last.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Tanya Herrera, Esq. (counsel for defendants)

Plaintiff's counsel on attached service list

5

| | |
|---|---|
| 1 | |
| 2 | Maya Saxena<br>Milberg Weiss Breshad Hynes<br>& Lerach<br>5355 Town Center Rd., Ste. 900<br>Boca Raton, FL 33486 |
| 3 | |
| 4 | |
| 5 | Steven G. Schulman<br>Samuel H. Redman<br>Milberg Weiss Bershad Hynes & Lerach<br>One Pennsylvania Plaza, 49th Flr.<br>New York, NY 10119 |
| 6 | |
| 7 | |
| 8 | C. Oliver Burt, III<br>Michael J. Pucillo<br>Wendy H. Zoberman<br>Burt & Pucillo<br>Northbridge Center, Ste. 1701<br>515 North Flagler Drive<br>West Palm Beach, FL 33407 |
| 9 | |
| 10 | |
| 11 | |
| 12 | Jeffrey A. Jacobs<br>Law Offices of Jeffrey A. Jacobs<br>2330 Ponce de Leon Blvd.<br>Coral Gables, FL 33134 |
| 13 | |
| 14 | |
| 15 | Daniel E. Bacine<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA 19103 |
| 16 | |
| 17 | |
| 18 | Paul J. Geller<br>Cauley & Geller<br>One Boca Place<br>2255 Glades Rd., Ste. 421A<br>Boca Raton, FL 33431 |
| 19 | |
| 20 | |
| 21 | Christopher Lometti<br>Schoengold & Spaen, PC<br>2333 Broadway<br>New York, NY 10279 |
| 22 | |
| 23 | Robert J. Berg<br>Bernstein Liebhard & Lifshitz LLP<br>10 East 40th Street<br>New York, NY 10016 |
| 24 | |
| 25 | |
| 26 | Marc A. Topaz<br>Schiffrin & Barroway LLP<br>Three Bala Plaza East, Ste. 400<br>Bala Cynwyo, PA 19004 |
| 27 | |
| 28 | |

Alfred G. Yates
Law Offices of Alfred G. Yates, Jr.
519 Allegheny Bldg.
429 Forbes Avenue
Pittsburgh, PA 15219-1649

Jeffrey R. Krinsk
Finkelstein & Krinsk
501 West Boradway, Ste. 1250
San Diego, CA 92101

Aaron Brody
Jules Brody
Howard T. Longman
Stull, Stull & Brody
6 East 45th Street, Ste. 500
New York, NY 10017

John Halebian
Wechsler Harwood Halebian & Feffer
488 Madison Avenue, 8th Flr.
New York, NY 10022

Roy L. Jacobs
Law Offices of Roy L. Jacobs
350 Fifth Avenue, Ste. 3000
New York, NY 10118

Peter D. Bull
Joshua J. Lifshitz
Bull & Lifthitz
246 West 38th Street
New York, NY 10018

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Joshua H. Grabar
Spector, Rosaman & Kodroff
1818 Market Steret, 25th Flr.
Philadelphia, PA 19103

Jeffrey S. Abraham
Law Offices of Jeffrey S. Abraham
60 East 42nd Street, Ste. 4700
New York, NY 10165

| | |
|---|---|
| 1 | |
| 2 | Curtis V. Trinko<br>Law Offices of Curtis V. Trinko<br>16 West 46th Street, 7th Flr.<br>New York, NY 10036 |
| 3 | |
| 4 | Fred Taylor Isquith<br>Gregory M. Nespole Worf Haldenstein Adler<br>Freeman & Herz<br>270 Madison Avenue<br>New York, NY 10016 |
| 5 | |
| 6 | |
| 7 | Charles J. Piven<br>Law Offices of Charles J. Piven<br>World Trade Center, Ste. 2525<br>401 East Pratt Street<br>Baltimore, MD 21202 |
| 8 | |
| 9 | |
| 10 | |
| 11 | Barbara A. Podere<br>Savett Frutkin Podere & Ryan<br>Constitution Place-Society Hill, Ste. 700<br>325 Chestnut Street<br>Philadelphia, PA 19106-2614 |
| 12 | |
| 13 | |
| 14 | Marc E. Edelson<br>Hoffman & Edelson<br>45 West Court Street<br>Doylestown, PA 18901 |
| 15 | |
| 16 | |
| 17 | Mark S. Goldman<br>Weinstein Kitchenoff Scarlato & Goldman<br>1608 Walnut Street, Ste. 1400<br>Philadelphia, PA 19103 |
| 18 | |
| 19 | Merrill G. Davidoff<br>Todd S. Collins<br>Berger & Montaque<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| 20 | |
| 21 | |
| 22 | Kurt B. Olsen<br>Olsen Law Firm<br>2121 K Street, NW<br>Washington, D.C. 20037 |
| 23 | |
| 24 | |
| 25 | Brian M. Fergoise<br>Law Offices of Brian M. Fergoise<br>230 South Broad Street<br>Philadelphia, PA 19102 |
| 26 | |
| 27 | |
| 28 | |

Lynn L. Sarko
Juli E. Farris
Elizabeth A. Leland
Keller Rohrback LLP
1201 Third Avenue, Ste. 3200
Seattle, WA 98101

Gary S. Graifman
Kantrowitz, Goldhammer & Graifman
747 Chestnut Ridge Road
Chestnut Ridge, NY '0977-6216

Harvey Greenfield
Law Firm of Harvey Greenfield
60 East 42nd Street, Ste. 2001
New York, NY 10165

Leo W. Desmond, Esq.
Suite 204
2161 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

Karl J. Stoecker
Law Offices of Karl J. Stoecker
261 Madison Avenue
New York, NY 10016

Irving Morris
Karen L. Morris
Morris & Morris
1105 North Market Street Ste. 1600
Washington, D.C. 19801

Jerome Noll
Robert I. Lax
Lax & Noll
The French Building
551 Fifth Avenue
New York, NY 10176

Burton H. Finkelstein
Shannon P. Keniry
Finkelstein, Thompson, & Loughran
1055 Thomas Jefferson St. NW Ste. 601
Washington, D.C. 20007

Steve Berman
Karl Both
Hagens Berman, LLP
1301 Fifth Avenue, Ste. 2900
Seattle, WA 98101

Richard A. Lockridge
Gregg M. Fishbein
Lockridge Grindel Nauen, LLP
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401

I. Stephan Rabin
Jacqueline Sailer
Rabin & Peckel, LLP
275 Madison Avenue

8

New York, NY 10016

Kenneth A. Elan
291 Broadway
New York, NY 10007